IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

United States of America

vs

CR NO. 2:20-541

Tearra Na'Asia Guthrie

## PLEA

The defendant, **Tearra Na'Asia Guthrie**, acknowledges receipt of a copy of the **Information** and after arraignment pleads **GUILTY** to the **Information** in open court.

_____ on behalf of defender
(Signed) Defendant

Charleston, South Carolina

October 7, 2020