United States District Court
District of South Carolina
Charleston Division

United States of America )
)
vs. ) Case No. 2:20CR00541-1
)
Tearra Na'Asia Guthrie )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Tearra Na'Asia Guthrie, have discussed with LaSheika S. VanDyke, Probation Officer, modification of my release as follows:

1. The defendant shall participate in a program of mental health counseling and/or treatment as deemed necessary by the U.S. Probation Officer, until such time as the defendant's release from the program is approved by the U.S. Probation Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

x _Tearra Guthrie_     x 2·25·21
Signature of Defendant     Date

_LaSheika S. VanDyke_     2-18-2021
Signature of Probation Officer     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_     2/21/2021
Signature of Defense Counsel     Date

[X] The above modification of conditions of release is ordered, to be effective on March 4, 2021.

[ ] The above modification of conditions of release is **not** ordered.

s/ Richard Mark Gergel     3/4/21
Signature of Judicial Officer     Date